**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**VIASYSTEMS TECHNOLOGIES CORP. LLC,**

        **Plaintiff,**

v.                                                                 **Civil Action No.  3:08CV328**

**FOREST CITY COMMERCIAL
DEVELOPMENT, INC., et al.,**

        **Defendants.**

## ORDER

This matter is before the Court on several motions, including motions for partial summary judgment by Defendants/Counter Claimants, Forest City Commercial Development, Inc. and Laburnum Investment, LLC (docket entry no. 88) and the Counter Defendant, Agere Systems, Inc. (docket entry no. 94).  Upon initial review of all pending motions, it appearing to the Court that a resolution of the aforementioned motions for partial dispositive relief will at least clarify the remaining issues to be resolved before rescheduling the matter for trial, if necessary, and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

    (1)    The relevant parties shall respond to the aforementioned motions for partial summary judgment within the time period prescribed by Rule, with the moving parties to reply within the prescribed period thereafter, and the Court will entertain oral argument on said motions on December 9, 2008 at 10:30 a.m.; and

    (2)    Leave is granted to the responding parties on all other motions to file any responsive pleading within ten (10) days after the Court resolves the subject motions for partial summary judgment.

Let the Clerk forward a copy of this Order to all counsel of record.

It is so Ordered.

_____/s/_____
Richard L. Williams
Senior United States District Judge

Dated: 11/20/08